IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO ARTEAGA,

    Petitioner,                      No. CIV S-91-0552 EJG GGH P

    vs.

WARDEN MERICLE, et al.,

    Respondents.                  <u>ORDER</u>

_____/

       This petition for writ of habeas corpus was dismissed on May 21, 1992, and judgment entered accordingly. Petitioner, on March 12, 2007, almost fifteen (15) years later, filed a document incoherently entitled in part "Preliminary Injunction Appeal & Cross-Appeals...." Petitioner's filing, in addition to being virtually unreadable, is not one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded. Moreover, the Clerk of the Court is directed to disregard any further filings in this case by petitioner.

       IT IS SO ORDERED.

DATED: 3/28/07                            /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
arte0552.158ggh